IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS W. HELFRICH | : | CIVIL ACTION |
| v. | : | |
| BRIAN COLEMAN, et al. | : | NO. 10-958 |

## **ORDER**

AND NOW, this 6th day of April, 2010, upon careful and independent consideration of the petition for writ of habeas corpus, IT IS ORDERED that:

1. The petition for a writ of habeas corpus is TRANSFERRED to the United States District Court for the Middle District of Pennsylvania in accordance with 28 U.S.C. § 2241(d).

2. The Clerk of Court shall transmit the original record along with any state court records to said district.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
LOWELL A. REED, JR.